# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DENNIS L. SMITH; CONSTANCE A. SMITH; SANDRA L. SMITH; JEAN CLAYCOMB;  KEVIN SMITH; ELAINE SNIVLEY; JULIE BONNER; AND JAMES SMITH

           v.

IVY LEE REAL ESTATE, LLC; GEORGE E. KENSINGER; DONA L. KENSINGER; MELVIN SHOENFELT, JR.;  LISA C. SHOENFELT; MICHAEL J. MACOVITCH; PAULA M. DICK; ROGER L. BOWSER; ELAINE K. BOWSER;  ERMA MAE SNYDER; TYNE N. PALAZZI; SKY E. POTE; FIRST ENERGY CORP.; BILLIE JEAN EMERT;  TRAVIS A. KEAGY; JAMES S. FREDERICK; CONNIE J. FREDERICK; TAMARA J. OGG; AND ALL OTHER  PERSONS CLAIMING ANY INTEREST IN THE PROPERTY DESCRIBED IN THIS ACTION

PETITION OF: IVY LEE REAL ESTATE, LLC

: No. 298 WAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.